UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CATHERINE C. BLAKE
CHIEF JUDGE

U.S. COURTHOUSE
101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-3220
Fax (410) 962-6836

December 2, 2015

MEMORANDUM TO COUNSEL

Re:    *ING Bank, N.V. v. M/V Maritime King*, Civil No. CCB-15-3629

Dear Counsel:

I have considered the various parties' positions and believe that the attached Order adequately addresses those positions at this time. I am entering ING's proposed order with an expanded footnote which will allow the defendant to challenge the amount that should be considered "principal" at a later date by arguing for a lesser amount of interest.

Sincerely yours,

/S/  *CCB*

Catherine C. Blake
United States District Judge

Attachment