UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ING BANK N.V.,

                           Plaintiff,

          -v-                                                    16-cv-3456 (KBF)

M/V MARITIME KING, her engines, tackle,                          Admiralty
equipment, furniture, appurtenances, etc., *in*
*rem*                                                            **Rule 7.1 Statement**

                           Defendant,

OCEAN HARMONY MARITIME INC.,

                           Interested party.

          Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and

Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned

counsel for plaintiff, ING Bank N.V. ("ING Bank"), certifies that the following are corporate

parents, affiliates and/or subsidiaries of said party, which are publicly held.

    1.    ING Groep N.V., sole shareholder of plaintiff, ING Bank N.V.


Date:    May 16, 2016                           /s/ James D. Bercaw
                                                James D. Bercaw (pro hac vice)
                                                Attorney for plaintiff, ING Bank N.V.

                         **CERTIFICATE OF SERVICE**

          I hereby certify that on May 16, 2016, I electronically filed the foregoing with the Clerk

of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel

of record.

                                                /s/ James D. Bercaw